952

in Nos. 581 and 582; and *Herbert Resner* for respondents in No. 583.

No. 680. UNITED ARTISTS CORP. ET AL. *v.* BOARD OF CENSORS OF MEMPHIS ET AL. Supreme Court of Tennessee. Certiorari denied. *Hamilton E. Little, Edward C. Raftery* and *Lowell W. Taylor* for petitioners. *J. S. Allen* for respondents.

No. 684. FIREMAN'S FUND INSURANCE CO. *v.* McCONNELL. C. A. 5th Cir. Certiorari denied. *Alex W. Smith* and *R. Wilson Smith, Jr.* for petitioner. *A. C. Wheeler* for respondent.

No. 691. BROWN *v.* ROYALL, SECRETARY OF THE ARMY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Morton Singer, P. Bateman Ennis, Edward Holloway* and *Philip F. La Follette* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondents.

No. 693. SAFEWAY STORES, INC. *v.* WEST ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Cornelius H. Doherty* for petitioner. *Austin F. Canfield* for respondents.

No. 698. RANDOLPH LABORATORIES, INC. *v.* SPECIALTIES DEVELOPMENT CORP. C. A. 3d Cir. Certiorari denied. *Ralph M. Snyder* for petitioner. *Floyd H. Crews* for respondent.

